MATTHEW J. JACOBS (SBN 171149)
mjacobs@velaw.com
BERNARD C. SHEK (SBN 191365)
bshek@velaw.com
KATHERINE C. KIM (SBN 240951)
kkim@velaw.com
VINSON & ELKINS LLP
525 University Avenue, Suite 410
Palo Alto, CA  94301-1918
Telephone:  (650) 687-8200
Facsimile:   (650) 618-1970

PETER J. DROBAC (SBN 191079)
pdrobac@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Ste. 100
Menlo Park, CA  94025-4004
Telephone: (650) 815-7400
Facsimile:   (650) 815-7401

Attorneys for Plaintiff and Counter-Defendant
ARIBA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIBA, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>REARDEN COMMERCE, INC.;<br>KETERA TECHNOLOGIES, INC.,<br>et al.,<br><br>    Defendants. | Case No.  CV 11-01619 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE AND THE HEARING ON THE MOTIONS TO DISMISS AND STRIKE AND SETTING A BRIEFING SCHEDULE**<br><br>Judge:          Hon. Elizabeth D. Laporte<br>Comp. Filed: April 4, 2011<br>Trial Date:    To be determined |

STIPULATION AND [PROPOSED] ORDER CONTINUING
CMC AND HEARING ON MOTIONS TO DISMISS AND
STRIKE AND SETTING BRIEFING SCHEDULE

CASE NO.: CV 11-01619

**STIPULATION**

WHEREAS Plaintiff Ariba, Inc. ("Ariba") filed its motion to dismiss Defendants Rearden Commerce, Inc. and Ketera Technologies, Inc.'s (collectively "Defendants") second, third and fourth counterclaims on June 17, 2011 (Docket No. 16);

WHEREAS Ariba filed its motion to strike allegations in Defendants' counterclaim or, in the alternative, for leave to amend its complaint on June 17, 2011 (Docket No. 18);

WHEREAS the initial case management conference in this action is currently scheduled for July 12, 2011, during which time lead counsel for Ariba will be out of the country; and

WHEREAS the parties to this action, by and through counsel, have met and conferred on June 15, 2011 and June 21, 2011 regarding the briefing and hearing schedule for the pending motions as well as a plan for preliminary discovery:

Ariba by and through counsel Matthew J. Jacobs and Defendants by and through counsel Stuart Gasner hereby stipulate and agree that the Case Management Conference currently scheduled for July 12, 2011 should be continued until August 23, 2011.  The parties further stipulate and agree that August 23 should be the date for hearings on Ariba's Motion to Dismiss and Motion to Strike with Oppositions to be filed on July 22, 2011 and Replies to be filed on August 9, 2011.  The parties further stipulate and agree that if Defendants choose to file a preliminary motion, the parties will meet and confer regarding a briefing schedule and endeavor to have the hearing set on the same day that the other motions are being heard.

Dated:  June 28, 2011            By:  /s/ Matthew J. Jacobs
                                       Matthew J. Jacobs
                                       VINSON & ELKINS LLP

                                       Attorneys for Plaintiff and Counter-
                                       Defendant ARIBA, INC.

Dated:  June 28, 2011            By:  /s/ Stuart L. Gasner
                                       Stuart L. Gasner
                                       KEKER & VAN NEST LLP

                                       Attorneys for Defendants and Counter-
                                       Plaintiffs  REARDEN COMMERCE, INC.
                                       and KETERA TECHNOLOGIES, INC.

**[PROPOSED] ORDER**

PURSUANT to the agreement and stipulation of the parties and for good cause shown, the Case Management Conference and the hearing on Ariba's Motion to Dismiss and Motion to Strike (Docket Nos. 16 & 18) shall be held on August 23, 2011, with Oppositions to the Motions to be filed on July 22, 2011 and Replies to be filed on August 9, 2011.

**IT SO ORDERED**.

Dated: June 29, 2011

_____
Honorable Elizabeth D. Laporte
United States Magistrate Judge

IT IS SO ORDERED
Judge Elizabeth D. Laporte