1  MATTHEW J. JACOBS (SBN 171149)
   mjacobs@velaw.com
2  KATHERINE C. KIM (SBN 240951)
   kkim@velaw.com
3  VINSON & ELKINS LLP
   525 University Avenue, Suite 410
4  Palo Alto, CA  94301-1918
   Tel: (650) 687-8200 / Fax: (650) 618-1970
5
   PETER J. DROBAC (SBN 191079)
6  pdrobac@mwe.com
   McDERMOTT WILL & EMERY LLP
7  275 Middlefield Road, Suite 100
   Menlo Park, CA  94025-4004
8  Tel: (650) 815-7400 / Fax: (650) 815-7401

9  Attorneys for Plaintiff and Counter-Respondent
   ARIBA, INC.

10 KEKER & VAN NEST LLP
   STUART L. GASNER - #164675
11 sgasner@kvn.com
   LAURIE CARR MIMS - #241584
12 lmims@kvn.com
   CHRIS YOUNG -- # 239518
13 cyoung@kvn.com
   710 Sansome Street
14 San Francisco, CA  94111-1704
   Tel: (415) 391-5400 / Fax: (415) 397-7188
15
   Attorneys for Defendants and Counter-Claimants
16 REARDEN COMMERCE, INC. and
   KETERA TECHNOLOGIES, INC.

17

18                    IN THE UNITED STATES DISTRICT COURT

19                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIBA, INC., | Case No.  CV 11-01619 EDL |
| Plaintiff, | **STIPULATION TO EXTEND THE DEADLINE FOR PLAINTIFF ARIBA, INC. TO FILE ITS OPPOSITION TO DEFENDANTS' MOTION TO STAGE AND/OR BIFURCATE DISCOVERY, TRIAL AND OTHER PROCEEDINGS** |
| v. | |
| REARDEN COMMERCE, INC.; KETERA TECHNOLOGIES, INC.; et al., | |
| Defendants. | Judge:        Hon. Elizabeth D. Laporte<br>Comp. Filed: April 4, 2011<br>Trial Date:   To be determined |
| RELATED CROSS ACTION. | |

STIPULATION TO EXTEND THE DEADLINE FOR
ARIBA TO OPPOSE DEFENDANTS' MOTION TO                         CASE NO.:  CV 11-01619
STAGE AND/OR BIFURCATE

998730

1  Plaintiff Ariba, Inc. and Defendants Rearden Commerce, Inc. and Ketera Technologies,
2  Inc. (collectively, "Defendants") hereby stipulate and agree that Plaintiff shall have until
3  August 9, 2011 to file its opposition to Defendants' Motion to Stage and/or Bifurcate Discovery,
4  Trial and Other Proceedings.

5  The parties further stipulate and agree that neither Rearden Commerce nor Ketera
6  Technologies will file any reply brief in support of their motion, and Ariba will not argue that
7  Defendants' arguments should have been made in the CMC Statement rather than in a separate
8  motion.

9  Dated:  August 2, 2011

By: */s/ Matthew J. Jacobs*

Matthew J. Jacobs (SBN 171149)
Katherine C. Kim (SBN 240951)
VINSON & ELKINS

Peter J. Drobac (SBN 191079)
McDERMOTT WILL & EMERY LLP

Attorneys for Plaintiff and Counter-Respondent ARIBA, INC.

Dated:  August 2, 2011

By: */s/ Laurie Carr Mims*

Stuart L. Gasner - #164675
Laurie Carr Mims - #241584
Chris Young - # 239518

Attorneys for Defendants and Counter-Claimants
REARDEN COMMERCE, INC. and
KETERA TECHNOLOGIES, INC.

---

**STIPULATION TO EXTEND THE DEADLINE FOR ARIBA TO OPPOSE DEFENDANTS' MOTION TO STAGE AND/OR BIFURCATE**   - 2 -   **CASE NO. CV 11-01619**

998730

1
2
3
4
5
6
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  ARIBA, INC., | Case No.  CV 11-01619 EDL |
| 12              Plaintiff, | **[PROPOSED] ORDER APPROVING STIPULATION TO EXTEND THE** |
| 13       v. | **DEADLINE FOR PLAINTIFF ARIBA, INC. TO FILE ITS OPPOSITION TO** |
| 14  REARDEN COMMERCE, INC.; KETERA TECHNOLOGIES, INC.; | **DFENDANTS' MOTION TO STAGE AND/OR BIFURCATE DISCOVERY,** |
| 15  et al., | **TRIAL AND OTHER PROCEEDINGS** |
| 16              Defendants. | |
| 17 | Judge:       Hon. Elizabeth D. Laporte Comp. Filed: April 4, 2011 Trial Date:  To be determined |
| 18  AND RELATED CROSS ACTION. | |

19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER APPROVING STIPULATION TO EXTEND DEADLINE FOR ARIBA TO FILE OPPOSITION**     1     **CASE NO.:  CV 11-01619**

998730

1    The Court has reviewed the Stipulation by Plaintiff Ariba, Inc. and Defendants Rearden
2 Commerce, Inc. and Ketera Technologies, Inc. dated August 2, 2011.  Based upon that
3 Stipulation and good cause appearing, the Court ORDERS as follows:
4    1.   The Stipulation dated August 2, 2011 is approved.
5    2.   Ariba, Inc. shall have until August 9, 2011 to file its opposition to Defendants'
6 Motion to Stage and/or Bifurcate Discovery, Trial and Other Proceedings ("Motion").
7    3.   Defendants Rearden Commerce, Inc. and Ketera Technologies, Inc. shall not file
8 any reply in support of their Motion.
9    **IT IS SO ORDRED.**
10
11 Dated:  __August 5, 2011____

Hon_____
Unite_____

IT IS SO ORDERED
Elizabeth D. Laporte
Judge Elizabeth D. Laporte
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA