MATTHEW J. JACOBS (SBN 171149)
mjacobs@velaw.com
KATHERINE C. KIM (SBN 240951)
kkim@velaw.com
VINSON & ELKINS LLP
525 University Avenue, Suite 410
Palo Alto, CA  94301-1918
Tel: (650) 687-8200 / Fax: (650) 618-1970

CHRISTOPHER V. RYAN (*pro hac vice*)
cryan@velaw.com
AJEET P. PAI (*pro hac vice*)
apai@velaw.com
VINSON & ELKINS LLP
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, TX  78746
Tel: (512) 542-8400 / Fax: (512) 542-8612

Attorneys for Plaintiff and Counter-Respondent
ARIBA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| ARIBA, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>REARDEN COMMERCE, INC.;<br>KETERA TECHNOLOGIES, INC.;<br>et al.,<br><br>          Defendants.<br><br>AND RELATED CROSS ACTION. | Case No.  11-cv-01619 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR FILING OF AMENDED COMPLAINT, DEFENDANTS' ANSWER AND COUNTERCLAIMS, AND PLAINTIFF'S ANSWER**<br><br>Judge:         Hon. Elizabeth D. Laporte<br>Comp. Filed: April 4, 2011<br>Trial Date:    To be determined |

Stipulation and [Proposed] Order Setting Schedule
for Filing of Amended Complaint, Defendants'
Answer and Counterclaims, and plaintiff's Answer

Case No.  11-cv-01619 EDL

**STIPULATION**

WHEREAS the Court issued an order on September 8, 2011, denying Plaintiff Ariba, Inc.'s ("Ariba") motion to dismiss Defendant Rearden Commerce, Inc. and Ketera Technologies, Inc.'s (together, "Defendants") second, third, and fourth counterclaims and denying without prejudice Ariba's motion to strike portions of Defendants' counterclaims (Docket No. 40);

WHEREAS the Court, in its September 8, 2011 order, permits Ariba to amend its complaint to include additional allegations regarding other settlement offers made in this case;

WHEREAS the Court instructed the parties to meet and confer regarding the extent of the allegations in both the amended complaint and counterclaim in order to remain within the parameters of Fed. R. Evid. 408;

WHEREAS, pursuant to Fed. R. Civ. P. 12(a)(4)(A), Ariba's answer to Defendants' counterclaims is due on September 22, 2011;

WHEREAS the parties have met and conferred to discuss the Court's order and scheduling going forward:

Ariba, by and through counsel Matthew J. Jacobs, and Defendants, by and through counsel Stuart L. Gasner, hereby stipulate and agree to the following schedule. Ariba's amended complaint will be filed on October 10, 2011. Defendants' answer and counterclaims to Ariba's amended complaint will be filed on October 24, 2011. Ariba's answer to Defendants' counterclaims will be filed on November 7, 2011.

//
//
//
//
/
//
//
//
//

1

2  Dated:  September 16, 2011                    VINSON & ELKINS LLP

3
                                                 By: /s/ Matthew J. Jacobs
4                                                    Matthew J. Jacobs

5                                                Attorneys for Plaintiff and Counter-
                                                 Defendant ARIBA, INC.
6

7

8

9  Dated:  September 16, 2011                    KEKER & VAN NEST LLP

10
                                                 By: /s/ Stuart L. Gasner
11                                                   Stuart L. Gasner

12                                               Attorneys for Defendants and Counter-
                                                 Plaintiffs  REARDEN COMMERCE, INC.
13                                               and KETERA TECHNOLOGIES, INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order Setting Schedule for        2        Case No. 11-cv-01619 EDL
Filing of Amended Complaint, Defendants' Answer
and Counterclaims, and plaintiff's Answer

1 **[PROPOSED] ORDER**

2  PURSUANT to the agreement and stipulation of the parties and for good cause shown,

3 Ariba's amended complaint will be filed on October 10, 2011; Defendants' answer and

4 counterclaims to Ariba's amended complaint will be filed on October 24, 2011; and Ariba's answer

5 to Defendants' counterclaims will be filed on November 7, 2011. SEE BELOW

6 **IT IS SO ORDERED.**

8 Dated: September 19, 2011

_____
Honorable Elizabeth D. Laporte
United States Magistrate Judge

11 A case management conference is scheduled for November 29, 2011 at 10:00 a.m. A joint case management statement shall be filed no later than November 22, 2011.

---

Stipulation and [Proposed] Order Setting Schedule for Filing of Amended Complaint, Defendants' Answer and Counterclaims, and plaintiff's Answer

3

Case No. 11-cv-01619 EDL