MATTHEW J. JACOBS (SBN 171149)
  mjacobs@velaw.com
JESSICA S. MUSSALLEM (SBN 273806)
  jmussallem@velaw.com
VINSON & ELKINS LLP
525 University Avenue, Suite 410
Palo Alto, CA  94301-1918
Tel: (650) 687-8200 / Fax: (650) 618-1970

CHRISTOPHER V. RYAN (*pro hac vice*)
  cryan@velaw.com
AJEET P. PAI (*pro hac vice*)
  apai@velaw.com
VINSON & ELKINS LLP
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, TX  78746
Tel: (512) 542-8400 / Fax: (512) 542-8612

Attorneys for Plaintiff and Counter-Respondent
ARIBA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| ARIBA, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>REARDEN COMMERCE, INC.;<br>KETERA TECHNOLOGIES, INC.;<br>et al.,<br><br>          Defendants.<br><br>AND RELATED CROSS-ACTION. | Case No.  11-cv-01619 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE FROM NOVEMBER 29, 2011 TO DECEMBER 13, 2011**<br><br>Dept:  Courtroom F, 15th Floor<br>Judge:  Honorable Elizabeth D. Laporte<br><br>Dated Complaint filed:  April 4, 2011 |

## STIPULATION

WHEREAS the Court issued an order on September 19, 2011, setting a case management conference for November 29, 2011 at 10:00 a.m. and that a joint case management statement shall be filed no later than November 22, 2011;

WHEREAS, on November 2, 2011, Plaintiff moved to compel 30(b)(6) deposition and production of related documents from Defendants (Docket No. 48).  The motion is noted for December 13, 2011 at 2:00 p.m.;

WHEREAS, on August 23, 2011, the Court instructed the parties to meet and confer regarding the Defendants' request to phase discovery in stages;

WHEREAS the parties have met and conferred to discuss the Court's order and scheduling going forward and agree that it would be more efficient to hold one hearing;

Ariba, by and through counsel Matthew J. Jacobs, and Defendants, by and through counsel Stuart L. Gasner, hereby stipulate and agree that the Case Management Conference currently scheduled for November 29, 2011 should be continued until December 13, 2011 and conducted jointly with the hearing on the Motion to Compel and that the joint case management statement shall be filed no later than December 6, 2011.

Dated:  November 18, 2011                    VINSON & ELKINS LLP

By:   /s/ Matthew J. Jacobs
         Matthew J. Jacobs

Attorneys for Plaintiff and Counter-Respondent
ARIBA, INC.

Dated:  November 18, 2011                    KEKER & VAN NEST LLP

By:   /s/ Stuart L. Gasner
         Stuart L. Gasner

Attorneys for Defendants and Counter-Plaintiffs
REARDEN COMMERCE, INC. and
KETERA TECHNOLOGIES, INC.

**GENERAL ORDER 45, SECTION X.B.**

I, Matthew J. Jabobs, hereby attest that Stuart L. Gasner has concurred in the filing of this document.

                                           */s/ Matthew J. Jacobs*
                                            Matthew J. Jacobs

# [~~PROPOSED~~] ORDER

PURSUANT to the agreement and stipulation of the parties and for good cause shown, the Case Management Conference and the hearing on Ariba's Motion to Compel (Docket No. 48) shall be held on December 13, 2011 at 2 p.m. with the joint case management statement to be filed no later than December 6, 2011.

**IT IS SO ORDERED.**

Dated: November 21, 2011

_____
Honorable Elizabeth D. Laporte
United States Magistrate Judge